UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| SHELTER MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 5: 20-063-DCR |
| V. | ) ) | |
| JAMES SPURLIN, and SPURLIN FUNERAL HOME, INC., | ) ) ) | **ORDER** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have notified the Court that they are waiting for a state court to dismiss an underlying claim before they submit a proposed agreed order dismissing all claims in this matter. [Record No. 34]  Accordingly, it is hereby

**ORDERED** that the parties are directed to tender a proposed agreed order of dismissal or to file a joint status report explaining why additional time is needed to finalize their settlement **on or before Friday, December 30, 2022**.

Dated: December 2, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky