UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| SHELTER MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 5: 20-063-DCR |
| V. | ) ) ) | |
| JAMES SPURLIN, and SPURLIN FUNERAL HOME, INC., | ) ) ) | **ORDER** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties having filed a joint motion to dismiss this action, and it appearing that all claims have been finally resolved, it is hereby

**ORDERED** as follows:

1. The parties' joint motion [Record No. 36] is **GRANTED**.

2. This case is **DISMISSED** and **STRICKEN** from the docket.

3. The parties shall bear their respective costs, fees and expenses.

Dated: December 15, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky